**USA**  **08cr1549 LAB**

**-v-**

**Antonio Urtusuastequi-Garcia**

# STRICKEN DOCUMENT

**20 - Sentencing Summary Chart**